UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20076-CR-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ST. VILLIEN,

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW, APPOINTING COUNSEL FOR PURPOSES OF TRIAL, AND CONVERTING THE APRIL 29, 2010 EVIDENTIARY HEARING INTO A STATUS CONFERENCE

Presently pending before the Court is the Sealed Ex-Parte Motion to Withdraw as Counsel filed by AFPD Paul M. Korchin, Esq., counsel for Defendant DAVID ST. VILLIEN (filed April 27, 2010). This motion is referred to the undersigned Magistrate Judge.

The undersigned held a telephonic status conference on this case on April 27, 2010. AFPD Korchin and AUSA Derek Bentsen participated in the status conference. At the status conference, AFPD Korchin stated that, due to a conflict of interest, the Office of the Federal Public Defender would be moving to withdraw from representation of Defendant St. Villien. The instant motion was filed later on April 27, 2010.

Based upon the proceedings in court, and on an examination of the instant motion, the motion to withdraw as counsel is granted.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Sealed Ex-Parte Motion to Withdraw as Counsel filed by AFPD Paul M. Korchin, Esq. (filed April 28, 2010) is **GRANTED**. Paul M. Korchin, Esq. and the office of the Federal Public Defender are hereby terminated as counsel of record. Louis Casuso, Esq. is appointed to represent Defendant David St.

Villien at trial, pursuant to the Criminal Justice Act.  It is further

**ORDERED** that the evidentiary hearing on Defendant St. Villien's Motion To Suppress on Thursday, April 29, 2010 at 9:30 a.m., in the 8th Floor Courtroom, 301 N. Miami Avenue, Miami, Florida, is **converted** into a Status Conference on the issues of when the evidentiary hearing can be held and whether a Miami police detective who has been subpoenaed to testify at the suppression hearing will be able to testify, due to a health issue.  Defendant's presence is required at the status conference.

**DONE AND ORDERED** in Miami, Florida, in chambers on April 28, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable Ursula Ungaro, United States District Judge
All counsel of record