UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20076-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ST. VILLIEN,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motion to Suppress and Memorandum of Law ("Motion"), filed April 15, 2010. (D.E. 18.) The matter was referred to Magistrate Judge Andrea M. Simonton, who, on May 17, 2010, filed a Report recommending that the Motion be denied. (D.E. 42.) The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed. The matter is now ripe for review. Accordingly, having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED; the Defendant's Motion to Suppress (D.E. 18) is DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 2d day of June, 2010.

                                                    _____
                                                    URSULA UNGARO
                                                    UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record